(August 26, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEVI MONROE, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent. — Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with CPLR (art. 70) and more particularly for petitioner's failure to verify the petition or to annex to the petition a copy of the mandate by virtue of which he is detained, as required by CPLR 7002 (subd. [c]), and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

## FOURTH DEPARTMENT, AUGUST, 1964

### (August 26, 1964)

■ In the Matter of MORRIS GARBER, Appellant, v. HENRY A. FISSELBRAND et al., Constituting the Board of Elections of the County of Onondaga, et al., Respondents.— Order unanimously affirmed, without costs of this appeal to any party. The respondent, Board of Elections, is directed to forthwith serve notice of a drawing for a position on the ballot by lot as required in subdivision 1 of section 104 of the Election Law, the said drawing to be held not later than Monday, August 31, 1964. Memorandum: Subdivision 1 of section 104 of the Election Law has not been amended by the Legislature since the amendment of section 1 of article I of the State Constitution, effective January 1, 1960, authorizing the Legislature to provide that there shall be no primary election in the absence of a contest. Under the facts here presented, it is not necessary to pass upon the question as to whether in the absence of such a contest a demand for determination of position by lot shall be made upon notice of two days or a longer period (Election Law, § 104, subd. 1). (Appeal by petitioner from order of Onondaga Special Term, dismissing the petition.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.